

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>Plaintiff<br>v.<br>MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security, REAR ADMIRAL CRAIG E. BONE, in his official capacity as Commander of U.S. Coast Guard District Eleven, and UNITED STATES COAST GUARD, Defendant | ) ) ) ) ) ) ) ) ) | CV 08   2999<br>Civil Action No. |

## Summons in a Civil Action

To: MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, REAR ADMIRAL CRAIG E. BONE, Commander, U.S. Coast Guard District Eleven, and UNITED STATES COAST GUARD
*(Defendant's name)*

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Deborah A. Sivas
Leah J. Russin
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610

Andrea A. Treece
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, California 94104-2404

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 1 8 2008

JUN 18 2008 Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*