E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### Northern District of California

**MMC**

**2999**

CENTER FOR BIOLOGICAL DIVERSITY,
_____
            Plaintiff

                                    )
                                    )  CV  08
                                    )      Civil Action No.
                                    )
MICHAEL CHERTOFF, in his official capacity as
Secretary of the U.S. Department of Homeland
Security, REAR ADMIRAL CRAIG E. BONE, in his
official capacity as Commander of U.S. Coast Guard
District Eleven, and UNITED STATES COAST GUARD,

            Defendant

**Summons in a Civil Action**

To:   MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, REAR ADMIRAL CRAIG E.
      BONE, Commander, U.S. Coast Guard District Eleven, and UNITED STATES COAST GUARD
            *(Defendant's name)*

A lawsuit has been filed against you.

        Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Deborah A. Sivas
Leah J. Russin
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610

Andrea A. Treece
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, California 94104-2404

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

                                            Richard W. Wieking
                                            Name of clerk of court

JUN 1 8 2008                                                    Helen L. Almacen

Date: _____                      _____
                                            Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____06/18/2008_____,
by:

(1) personally delivering a copy of each to the individual at this place, _see attached cert. of service_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _0.00_ for travel and $ _0.00_ for services, for a total of $ _0.00_ .

Date: _____07/02/2008_____

_____
Server's signature

## Andrea A. Treece, Staff Attorney

Printed name and title

Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
_____
Server's address

1   Deborah A. Sivas (Calif. Bar No. 135446)
    Leah J. Russin (Calif. Bar No. 225336)
2   Carolyn Bills (Certified Law Student)
    Edmund J. Gorman, Jr. (Certified Law Student)
3   ENVIRONMENTAL LAW CLINIC
    Mills Legal Clinic at Stanford Law School
4   Crown Quadrangle
    559 Nathan Abbott Way
5   Stanford, California 94305
    Telephone: (650) 723-0325
6   Facsimile: (650) 723-4426
7   dsivas@stanford.edu
    leahrussin@law.stanford.edu
8
9   Andrea A. Treece (Calif. Bar No. 237639)
10  CENTER FOR BIOLOGICAL DIVERSITY
    351 California Street, Suite 600
11  San Francisco, California, 94104
    Telephone: (415) 436-9682
12  Facsimile: (415) 436-9683
13  atreece@biologicaldiversity.org
14  Attorneys for Plaintiff Center for Biological Diversity
15              UNITED STATES DISTRICT COURT
16          FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
18  CENTER FOR BIOLOGICAL DIVERSITY,          )
                                              )   Case No. 08-cv-2999 MMC
19                      Plaintiff,            )
                                              )
20          v.                                )   **CERTIFICATE OF SERVICE**
                                              )
21  MICHAEL CHERTOFF, in his official capacity as   )
    Secretary of the U.S. Department of Homeland    )
22  Security, REAR ADMIRAL CRAIG E. BONE, in his    )
    official capacity as Commander of U.S. Coast Guard )
23  District Eleven, and UNITED STATES COAST        )
    GUARD,                                          )
24                                                  )
25                      Defendants.                 )
                                                    )
26                                                  )
                                                    )
27  _____       )
28

    Case No. 08-cv-2999 MMC
    CERTIFICATE OF SERVICE                                          1

1    I hereby certify that, on June 18, 2008, I caused the following documents:

2    1. COMPLAINT

3    2. SUMMONS

4    3. CERTIFICATE REQUIRED BY L.R. 3-16

5    4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR

6    DEADLINES

7    5. ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT

8    6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF

9    CALIFORNIA

10   7. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE

11   8. ELECTRONIC CASE FILING REGISTRATION INFORMATION

12   9. U.S. DISTRICT COURT, SAN FRANCISCO FILING GUIDELINES

13   to be served pursuant to Federal Rule of Civil Procedure 4 by mailing a true copy of each

14   document enclosed in a sealed envelope and sent via United States certified mail with return

15   receipt requested on the following:

16

17   Michael Chertoff                          Michael B Mukasey
     Secretary of Homeland Security            U.S. Attorney General
18   Department of Homeland Security           U.S. Department of Justice
     245 Murray Lane, SW                       950 Pennsylvania Avenue, NW
19   Washington, DC 20528                      Washington, DC 20530

20
     Admiral Thad W. Allen
21   Commandant, U.S. Coast Guard              Scott N. Schools
     2100 Second Street, SW                    United States Attorney
22   Washington, DC 20593                      450 Golden Gate Avenue
                                               Box 36055
23                                             San Francisco, CA 94102.
     Rear Admiral Craig E. Bone
24   Commander, District Eleven
     U.S. Coast Guard
25   Building 42, Coast Guard Island
26   Alameda, CA 94501

27

28   Attached to this Certificate is a copy of the summons (Ex. A).


     Case No. 08-cv-2999 MMC
     CERTIFICATE OF SERVICE                                                        2

1    I certify under penalty of perjury that the foregoing is true and correct.

2    Executed on July 2, 2008.

3

                               /s/ Andrea A. Treece

4

                               Andrea A. Treece
                               Attorney for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28