Deborah A. Sivas (Calif. Bar No. 135446)
Leah J. Russin (Calif. Bar No. 225336)
Carolyn Bills (Certified Law Student)
Edmund J. Gorman, Jr. (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 725-8571
Facsimile: (650) 723-4426
dsivas@stanford.edu
leahrussin@law.stanford.edu

Andrea A. Treece (Calif. Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street Suite 511
San Francisco, California
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
atreece@biologicaldiversity.org

Attorneys for Plaintiff Center for Biological Diversity

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| | ) Case No. 08-CV-2999 MMC |
| Plaintiff, | ) |
| v. | ) **DECLARATION OF** |
| | ) **DOUGLAS L.** |
| MICHAEL CHERTOFF, *et al.*, | ) **BEVINGTON IN SUPPORT** |
| | ) **OF PLAINTIFF'S MOTION** |
| Defendants. | ) **FOR SUMMARY** |
| | ) **JUDGMENT** |
| | ) |

I, Doug Bevington, declare as follows:

1. I reside in Berkeley, California. I am a member of the Center for Biological Diversity. I joined the Center in 2000 because of our common interest in the protection of marine mammals and other imperiled species. I rely on the organization to advocate on behalf of my interests, including the protection of species such as blue, humpback, sei, sperm, fin, and right whales and sea turtles that are found in the waters off the coast of California.

2. I care deeply about the conservation of native species and their habitats. My education and professional background are founded on my interest in environmental protection. I have a PhD in Environmental Sociology from the University of California, Santa Cruz, and my doctoral research focused on endangered species policy. I also have a Bachelor's degree in Environmental Sociology from the University of California at Santa Cruz and a Master's degree in Environmental Sociology from the University of Oregon.

3. I have been involved in environmental protection throughout my adult life. I have special interest in endangered species and particularly in marine mammals. For more than twenty years, I have acted on this interest by making efforts to see marine mammals and other species in the wild.

4. In winter 1986, I took my first whale watching trip in Hawaii. It was then that I first saw humpback whales in the wild. Since that time, I have made regular and frequent efforts to observe whales and other marine life in the wild.

5. In spring 1987, I participated in a project to protect nesting habitat for the leatherback sea turtle on the island of Culebra through the organization Earthwatch.

6. In summer 1987, I participated in multiple whale watching trips off of New England, seeing fin whales for the first time, as well as humpbacks.

7. In summer 1988, I participated in a scientific and conservation study of humpback

DECL. OF D.L. BEVINGTON IN SUPPORT OF PL'S MOTION FOR SUMMARY JUDGMENT
08-CV-2999 MMC

whales and other large whales in the Gulf of Maine through the School for Field Studies. That research involved a multi-week trip on a ship to conduct scientific studies of whale behavior.

8. During summer 1988, I also worked for Greenpeace because of their marine mammal protection efforts and participated in rallies and other activities in support of marine mammal protection.

9. In summer 1992, I worked on a guidebook on the endangered species of California titled "Life on the Edge" edited by Carl Thelander (BioSystems Books, 1994). I was responsible for researching and writing the species accounts of all of the endangered whales in that book. Such research further fueled my knowledge and interest in marine mammals in general and whales in particular.

10. Since first moving to California in the fall 1988, I have studied and sought to view the various marine mammals of the Pacific. That winter, I went on my first whale watch to observe the migration of the gray whale from Monterey. I have also gone whale watching in San Diego during the gray whale migration. I have taken numerous whale watching trips through the Oceanic Society to view humpback whales, as well as leatherback sea turtles, near the Farallon Islands. In the past decade, I have focused on whale watching trips through Sanctuary Cruises from Moss Landing to view blue whales, humpback whales, gray whales, fin whales, dolphins, and leatherback sea turtles in the Monterey Bay. I particularly appreciate Sanctuary Cruises because they are the only whale watching boat that has observed a right whale in the area.

11. The trips on Monterey Bay provided my first opportunities to see blue whales in large numbers, which has been a truly remarkable experience. It has therefore been very disappointing to me that in recent years numbers of blue whales returning to Monterey Bay has declined, due in part to changes in climate and currents. More recently, much larger concentrations of blue whales have appeared off of Southern California. It was very distressing

to me to hear that blue whales were being killed by ship strikes off of Southern California last year. I plan to take a whale watching trip in Southern California this fall. Specifically, the first weekend of October I will be in Southern California and intend to go whale watching out of Long Beach where I would likely have the best chance of seeing blue whales.

12. In addition to whale watching trips, I have frequently travelled to the coast specifically to look for whales from shore. I have seen gray whales, humpback whales, and dolphins in this manner on many occasions. And even just knowing that those marine mammals are out there is a source of inspiration, comfort and joy for me.

13. Beyond California, I have gone whale watching from numerous other locations around the Pacific Ocean, including multiple trips to Baja since 1993 to visit the gray whale birthing lagoons there, whale watching in the Kenai Fjords of Alaska, and whale and sea turtle watching in Hawaii. Whale watching was also a major part of my honeymoon in Australia in 2006. My wife and I drove an extra 1900 kilometers to see the extraordinary right whale nursery at Head of Bight in South Australia. We also went to on a whale watching cruise to see the humpback whales nursery in Hervey Bay in Queensland.

14. In sum, I have a strong interest in marine mammals and sea turtles. I have made regular efforts to see them in the wild and intend to continue to do so, including my plans to see blue whales in Southern California this fall.

15. The deaths of blue whales last year as a result of ship strikes disturbed me greatly. One of the great benefits of living in California is being able to see blue whales each summer and fall. I dread the day that these animals will no longer inhabit our waters and I will no longer be able to see them. The fact that these wonderful animals are being killed by ships at unsustainable levels is particularly disturbing and raises the prospect that the recovery of this species may be undermined. This would sadden me greatly, both for the whales own sake as well as for its

impacts on my ability to observe them. Shipping traffic is only predicted to increase, putting blue whales and other species at ever greater risk. Yet common sense measures such as speed limits can greatly reduce this risk. The Coast Guard's failure to consult deprives whales and other species of the protections they should afforded under the Endangered Species Act, and consequently directly impacts my ongoing interest in their survival. I believe that if the Coast Guard had complied with the Endangered Species Act and consulted with the National Marine Fisheries Service it would likely be forced to adopt better protective measures for endangered whales, which would reduce the risk to these animals and lesson the harm to the whales and to my interests in them.

The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 25, 2008 in Berkeley, California.

                                                      /s/ Douglas L. Bevington

                                                      Douglas L. Bevington

I, Andrea A. Treece, pursuant to ECF General Order 45X.B, attest that Douglas L. Bevington has concurred in and authorized the filing of this declaration with this court.

                                                      /s/ Andrea A. Treece

                                                      Andrea A Treece

                                                      Attorney for Plaintiff

DECL. OF D.L. BEVINGTON IN SUPPORT OF PL'S MOTION FOR SUMMARY JUDGMENT
08-CV-2999 MMC