UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity

                                                        CASE NO. 08-CV-02999 MMC

                Plaintiff(s),

        v.                                    NOTICE OF NEED FOR ADR PHONE
                                                        CONFERENCE
Michael Chertoff et al.

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  9/26/08, but ext. requested

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Leah Russin | Plaintiff Center for Biological Diversity | 650-725-4217 | leahrussin@law.stanford.edu |
| Andrea A. Treece | Plaintiff Center for Biological Diversity | 415-436-9682 x306 | atreece@biologicaldiversity.org |
| Jay Govindan | All Defendants | 202 305 0237 | Jay.Govindan@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/5/08                                           Leah Russin
                                                        Attorney for Plaintiff

Dated: 9/5/08                                           Jay Govindan
                                                        Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."