Deborah A. Sivas (Calif. Bar No. 135446)
Leah J. Russin (Calif. Bar No. 225336)
Carolyn Bills (Certified Law Student)
Edmund J. Gorman, Jr. (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@stanford.edu
leahrussin@law.stanford.edu

RONALD J. TENPAS
Assistant Attorney General
S. JAY GOVINDAN
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0237
Facsimile: (202) 305-0275
Jay.Govindan@usdoj.gov

Attorneys for Federal Defendants

Andrea A. Treece (Calif. Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, California, 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
atreece@biologicaldiversity.org

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security, REAR ADMIRAL CRAIG E. BONE, in his official capacity as Commander of U.S. Coast Guard District Eleven, and UNITED STATES COAST GUARD,<br><br>  Defendants. | Case No. 08-2999 MMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR SUMMARY JUDGMENT ; ORDER THEREON** |

Plaintiff and Defendants, by and through their undersigned counsel, hereby agree and stipulated as follows:

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND
HEARING ON MOTION FOR SUMMARY JUDGMENT

1. Plaintiff filed its Complaint on June 18, 2008, and Defendants Answered on August 18, 2008. On August 26, 2008, Plaintiff filed its Motion for Summary Judgment; and

2. The parties have conferred as required by the Local Rules for Alternative Dispute Resolution, and have agreed to pursue settlement discussions before a magistrate judge, as each party believes such discussions may be fruitful.

3. Accordingly, the parties stipulate that all currently scheduled deadlines be postponed to accommodate settlement discussions. Specifically,

a) the Initial Case Management Conference currently scheduled for September 26, 2008 will be moved to November 21, 2008 and the initial Case Management Conference Statement will be due November 14, 2008, or be set for such other dates thereafter as the Court may prefer.

b) the hearing on the Motion for Summary Judgment currently scheduled for October 3, 2008 will be heard on December 8, 2008. Defendants' opposition brief will be due November 10, and Plaintiff's reply brief will be due November 24, 2008, or be set for such other dates thereafter as the Court may prefer.

Respectfully Submitted,

DATED: 9/3/08     ENVIRONMENTAL LAW CLINIC
                  Mills Legal Clinic at Stanford Law School

                  __/s/ Leah Russin_____
                  Leah J. Russin

                  Counsel for Plaintiff


DATED: 9/3/08     __/s/ Jay Govindan_____
                  S. Jay Govindan
                  Assistant U.S. Attorney

                  Counsel for Federal Defendants

IT IS SO ORDERED. Specifically, the Case Management Conference is continued to November 21, 2008, and the hearing on the motion for summary judgment is continued to December 12, 2008.
DATED: September 4, 2008
_____
Hon. Maxine Chesney, Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR SUMMARY JUDGMENT