Deborah A. Sivas (Calif. Bar No. 135446)
Leah J. Russin (Calif. Bar No. 225336)
Carolyn Bills (Certified Law Student)
Edmund J. Gorman, Jr. (Certified Law Student)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@stanford.edu
leahrussin@law.stanford.edu

Andrea A. Treece (Calif. Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, California, 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
atreece@biologicaldiversity.org

Attorneys for Plaintiff

RONALD J. TENPAS
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Third Floor
Washington, DC 20004
Tele: (202) 305-0219
Fax: (202) 305-0275
kevin.mcardle@usdoj.gov

Attorneys for the Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security, REAR ADMIRAL PAUL F. ZUKUNFT, in his official capacity as Commander of U.S. Coast Guard District Eleven, and UNITED STATES COAST GUARD,<br><br>    Defendants. | No. 3:08-cv-02999-MMC<br><br>**STIPULATION REGARDING DEFENDANTS' FIRST AMENDED ANSWER AND SCHEDULE FOR CASE MANAGEMENT CONFERENCE AND CROSS-MOTIONS FOR SUMMARY JUDGMENT ; ORDER** |

Stipulation Re: Defs.' First Amended
Answer and Schedule, Etc.

Case No. 3:08-cv-02999-MMC

1  Plaintiff, the Center for Biological Diversity, and Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, hereby stipulate to the filing of Defendants' First Amended Answer and a revised schedule for the case management conference and briefing on cross-motions for summary judgment as set forth below.

**RECITALS**

WHEREAS, on June 18, 2008, Plaintiff filed its Complaint.

WHEREAS, on August 18, 2008, Defendants filed their Answer;

WHEREAS, on October 31, 2008, Defendants filed a Motion to File a First Amended Answer, to which Plaintiffs have now consented.

WHEREAS, on August 26, 2008, Plaintiff filed its Motion for Summary Judgment.

WHEREAS, pursuant to the Court's Order dated September 4, 2008, Defendants' Opposition to Plaintiffs' Motion for Summary Judgment is due November 10, 2008; Plaintiff's reply brief is due November 24, 2008; and oral argument is scheduled for December 12, 2008.

WHEREAS, on October 28, 2008, Defendants informed Plaintiff that Defendants intend to file a Cross-Motion for Summary Judgment.

WHEREAS, there is a Case Management Conference currently scheduled for November 21, 2008.

WHEREAS, the parties continue to discuss settlement.  Further, they have yet to be contacted by the ADR office for the Early Settlement Conference in accordance with the stipulation they filed on September 3, 2008.

WHEREAS, the parties have conferred and believe that a new revised schedule for briefing on cross-motions for summary judgment would conserve resources and promote efficiency.

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The briefing schedule in the Court's Order dated September 4, 2008, is modified as follows:

- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment shall be due on November 14,

Stipulation Re: Defs.' First Amended Answer and Schedule, Etc.                    Case No. 3:08-cv-02999-MMC

-2-

1               2008, and the combined supporting memorandum shall not exceed 25
                pages;

•       Plaintiff's combined Reply in support of Plaintiffs' Motion for Summary
        Judgment and Opposition to Defendants' Motion for Summary Judgment
        shall be due on December 12, 2008, and shall not exceed 35 pages;

•       Defendants' reply brief shall be due January 9, 2009, and shall not exceed
        20 pages.

2.      The hearing on the parties' cross-motions for summary judgment shall be January 23, 2009.

3.      Within seven days of the date of the Court's Order approving this Stipulation, Defendants shall file a Notice of Withdrawal of their Motion to Amend their Answer (filed on October 31, 2008), and, having received Plaintiff's written consent, may file their First Amended Answer pursuant to Fed. R. Civ. P. 15(a)(2).

4.      To allow more time for settlement discussions, and to accommodate counsels' schedules, the Case Management Conference shall be held on December 12, 2008

Respectfully submitted,

DATED:  November 5, 2008        RONALD J. TENPAS
                                Acting Assistant Attorney General

                                  */s/ Kevin W. McArdle*
                                KEVIN W. McARDLE, Trial Attorney
                                U.S. Department of Justice
                                Environment & Natural Resources Division
                                Wildlife and Marine Resources Section
                                Benjamin Franklin Station, P.O. Box 7369
                                Washington, D.C. 20044-7369
                                Tele: (202) 305-0219
                                Fax: (202) 305-0275
                                kevin.mcardle@usdoj.gov


                                Attorneys for Federal Defendants

DATED: November 5, 2008

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

*/s/ Leah Russin*
Leah J. Russin

Counsel for Plaintiff

**IT IS SO ORDERED**., with the exceptions that defendants' reply brief shall not exceed 15 pages, defendants' answer shall be filed no later than November 21, 2008, and the Case Management Conference is continued to March 6, 2009.

Dated: November 7, 2008

HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE