IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants.<br>_____ / | No. C-08-2999 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT SINGLE-SIDED CHAMBERS COPIES OF ALL DOCUMENTS ELECTRONICALLY FILED IN FUTURE** |

    The Court is in receipt of a chambers copy of Defendants' Cross-Motion for Summary Judgment, filed November 14, 2008. The chambers copy is printed in double-sided format.

    Defendants are hereby DIRECTED to submit single-sided chambers copies of all documents electronically filed in the future. Cf. Civ. L.R. 3-4(c)(2) (providing re: papers presented for filing, "text must appear on one side only").

    **IT IS SO ORDERED.**

Dated: November 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge