**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CENTER FOR BIOLOGICAL DIVERSITY,          No. C-08-2999 MMC
12              Plaintiff,                      **ORDER VACATING MARCH 6, 2009
                                                HEARINGS; CONTINUING CASE
13      v.                                      MANAGEMENT CONFERENCE**
14   MICHAEL CHERTOFF, et al.,
15              Defendants.
     _____/
16
17          Before the Court are plaintiff's motion for summary judgment, filed August 26, 2008

18   and scheduled for hearing March 6, 2009, and defendants' cross-motion for summary

19   judgment and opposition to plaintiff's motion, filed November 14, 2008 and likewise

20   scheduled for hearing March 6, 2009.  Having read and considered the papers filed in

21   support of and in opposition to the motions, the Court deems the matters appropriate for

22   decision thereon and hereby VACATES the hearings scheduled for March 6, 2009.

23          In light of the above-referenced pending motions, the Case Management

24   Conference scheduled for March 6, 2009 is hereby CONTINUED to April 10, 2009.

25          **IT IS SO ORDERED.**

26
27   Dated:  March 3, 2009                    _____
                                              MAXINE M. CHESNEY
28                                            United States District Judge