IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

  v.

MICHAEL CHERTOFF, et al.,

        Defendants.
                                       /

No. CV-08-2999 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. To the extent plaintiff alleges violations of the ESA arising from the Coast Guard's asserted implementation of or actions under the TSS off San Francisco or the TSS in the approaches to Los Angeles-Long Beach, such claims are DISMISSED without prejudice for lack of jurisdiction.

    2. To the extent plaintiff alleges violations of the ESA arising from the Coast Guard's asserted implementation of or actions under the TSS in the Santa Barbara Channel, or from other asserted shipping traffic management actions in the Santa

1  Barbara Channel, defendants' motion for summary judgment is hereby GRANTED,
2  and plaintiff's motion for summary judgment is hereby DENIED.
3
4
5
6
7  Dated: April 1, 2009                                    Richard W. Wieking, Clerk
8                                                         *Tracy Lucero*
9                                                         By: Tracy Lucero
                                                          Deputy Clerk
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28